ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
RICHARD M. GRANT, ESQ., S.B. #55677
rgrant@braytonlaw.com
BRAYTON❖PURCELL LLP
222 Rush Landing Road
PO Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 Fax

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES STUART and RAE STUART, | No. 3:16-cv-03285-HSG |
| Plaintiffs, | STIPULATION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT |
| vs. | |
| HONEYWELL INTERNATIONAL, INC., et al., | |
| Defendants. | |

Come now Plaintiffs JAMES STUART and RAE STUART ("Plaintiffs") and

Defendants, by and through their counsel of record, file the following joint stipulation:

IT IS HEREBY STIPULATED by the affected parties, Plaintiffs and Defendants, by

and through their counsel of record, that this action shall be immediately remanded to the San

Francisco County Superior Court, Case No. CGC-15-276460, the court in which it was

originally filed and from which it was removed.

DATED: June 3 0, 2016          BRAYTON❖ PURCELL LLP

By: _____
Richard M. Grant (SBN 55677)
Attorneys for Plaintiffs

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1

2
DATED: July 6, 2016                    WFBM, LLP

3

4
                                       By:
                                          Emily Anselmo (SBN 294899)
5                                      Attorneys for Defendant
                                       CBS CORPORATION

6

7
DATED: July ___, 2016                  POND NORTH LLP

8

9
                                       By:
                                          Rochelle Reyes Ileto (SBN 226887)
10                                     Attorneys for Defendant
                                       FMC CORPORATION

11
DATED: July ___, 2016                  GLASPY AND GLASPY

12

13
                                       By:
                                          David Glaspy (SBN 95332)
14                                     Attorneys for Defendant
                                       GOODRICH CORPORATION

15

16
DATED: July ___, 2016                  PRINDLE, AMARO, GOETZ, HILYARD,
17                                     BARNES & REINHOLZ LLP

18

19
                                       By:
                                          Arpi Galfayan (SBN 228146)
20                                     Attorneys for Defendants
                                       INGERSOLL-RAND COMPANY,
21                                     TRANE U.S. INC.

22

23
DATED: July ___, 2016                  BECHERER KANNETT & SCHWEITZER

24

25
                                       By:
                                          Mark S. Kannett (SBN 104572)
26                                     Attorneys for Defendant
                                       JOHNSON CONTROLS, INC.

27

28

STIPULATION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT

DATED: July ___, 2016                         WFBM, LLP


                                              By:_____
                                              Emily Anselmo (SBN 294899)
                                              Attorneys for Defendant
                                              CBS CORPORATION

DATED: July 6, 2016                           POND NORTH LLP


                                              By: _____
                                              Rochelle Reyes Ileto (SBN 226887)
                                              Attorneys for Defendant
                                              FMC CORPORATION

DATED: July ___, 2016                         GLASPY AND GLASPY


                                              By:_____
                                              David Glaspy (SBN 95332)
                                              Attorneys for Defendant
                                              GOODRICH CORPORATION


DATED: July ___, 2016                         PRINDLE, AMARO, GOETZ, HILYARD,
                                              BARNES & REINHOLZ LLP


                                              By:_____
                                              Arpi Galfayan (SBN 228146)
                                              Attorneys for Defendants
                                              INGERSOLL-RAND COMPANY,
                                              TRANE U.S. INC.

DATED: July ___, 2016                         BECHERER KANNETT & SCHWEITZER


                                              By:_____
                                              Mark S. Kannett (SBN 104572)
                                              Attorneys for Defendant
                                              JOHNSON CONTROLS, INC.

STIPULATION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT

1   DATED: July ___, 2016                    WFBM, LLP

2

3                                            By: _____
                                             Emily Anselmo (SBN 294899)
4                                            Attorneys for Defendant
                                             CBS CORPORATION
5

6   DATED: July ___, 2016                    POND NORTH LLP

7

8                                            By: _____
                                             Rochelle Reyes Ileto (SBN 226887)
9                                            Attorneys for Defendant
                                             FMC CORPORATION
10

    DATED: July ___, 2016                    GLASPY AND GLASPY
11

12                                           By: _____
13                                           David Glaspy (SBN 95332)
                                             Attorneys for Defendant
14                                           GOODRICH CORPORATION

15

16  DATED: July ___, 2016                    PRINDLE, AMARO, GOETZ, HILYARD,
                                             BARNES & REINHOLZ LLP
17

18                                           By: _____
19                                           Arpi Galfayan (SBN 228146)
                                             Attorneys for Defendants
20                                           INGERSOLL-RAND COMPANY,
                                             TRANE U.S. INC.
21

22  DATED: July ___, 2016                    BECHERER KANNETT & SCHWEITZER

23

24                                           By: _____
                                             Mark S. Kannett (SBN 104572)
25                                           Attorneys for Defendant
                                             JOHNSON CONTROLS, INC.
26

27

28

STIPULATION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT

1   DATED: July ___, 2016        WFBM, LLP

2

3                               By: _____

4                                  Emily Anselmo (SBN 294899)
Attorneys for Defendant
CBS CORPORATION

5

6   DATED: July ___, 2016        POND NORTH LLP

7

8                               By: _____

9                                 Rochelle Reyes Ileto (SBN 226887)
Attorneys for Defendant
FMC CORPORATION

10  DATED: July ___, 2016        GLASPY AND GLASPY

11

12

13                             By: _____

                                  David Glaspy (SBN 95332)

14                               Attorneys for Defendant
GOODRICH CORPORATION

15

16  DATED: July _l_, 2016       PRINDLE, AMARO, GOETZ, HILYARD,
BARNES & REINHOLZ LLP

17

18

19                             By: _____

                                  Arpi Galfayan (SBN 228146)

20                               Attorneys for Defendants
INGERSOLL-RAND COMPANY,
TRANE U.S. INC.

21

22  DATED: July ___, 2016        BECHERER KANNETT & SCHWEITZER

23

24                             By: _____

25                               Mark S. Kannett (SBN 104572)
Attorneys for Defendant
JOHNSON CONTROLS, INC.

26

27

28

1
2    DATED: July ___, 2016                WFBM, LLP

3
4                                         By:_____
                                          Emily Anselmo (SBN 294899)
5                                         Attorneys for Defendant
                                          CBS CORPORATION
6
7    DATED: July ___, 2016                POND NORTH LLP

8
9                                         By:_____
                                          Rochelle Reyes Ileto (SBN 226887)
10                                        Attorneys for Defendant
                                          FMC CORPORATION
11   DATED: July ___, 2016                GLASPY AND GLASPY

12
13                                        By:_____
                                          David Glaspy (SBN 95332)
14                                        Attorneys for Defendant
                                          GOODRICH CORPORATION
15
16
     DATED: July ___, 2016                PRINDLE, AMARO, GOETZ, HILYARD,
17                                        BARNES & REINHOLZ LLP

18
19                                        By:_____
                                          Arpi Galfayan (SBN 228146)
20                                        Attorneys for Defendants
                                          INGERSOLL-RAND COMPANY,
21                                        TRANE U.S. INC.

22
     DATED: July 6, 2016                  BECHERER KANNETT & SCHWEITZER
23
24                                        By: _Mark S. Kannett_
25                                        Mark S. Kannett (SBN 104572)
                                          Attorneys for Defendant
26                                        JOHNSON CONTROLS, INC.

27
28

L:\ATTY\RMG\remand\Stuart.Stip-Remand.wpd                2
STIPULATION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT

1    DATED: July __, 2016                    RILEY SAFER HOLMES & CANCILA LLP

2

3                                            By: *Mishan Wroe*

4                                            Mishan Wroe (SBN 299296)
                                             Attorneys for Defendant
5                                            OWENS-ILLINOIS, INC.

6    DATED: July ___, 2016                   POND NORTH LLP

7

8                                            By:

9                                            Christopher M. Sargoy (SBN 291474)
                                             Attorneys for Defendant
10                                           GENUINE PARTS COMPANY

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   DATED: July ___, 2016                    RILEY SAFER HOLMES & CANCILA LLP

2

3                                            By:_____
                                              Mishan Wroe (SBN 299296)
4                                             Attorneys for Defendant
                                              OWENS-ILLINOIS, INC.
5

6   DATED: July ___, 2016                    POND NORTH LLP

7

8                                            By:_____
                                              Christopher M. Sargoy (SBN 291474)
9                                             Attorneys for Defendant
                                              GENUINE PARTS COMPANY
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

L:\ATTY\RMG\remark\Stuart.Stip-Remand.wpd                3
STIPULATION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT

1  DATED: June ___, 2016                    RILEY SAFER HOLMES & CANCILA LLP

2

3                                           By:_____
                                              Mishan Wroe (SBN 299296)
4                                           Attorneys for Defendant
                                            OWENS-ILLINOIS, INC.
5

6  DATED: June ___, 2016                    POND NORTH LLP

7

8                                           By:_____
                                              Christopher M. Sargoy (SBN 291474)
9                                           Attorneys for Defendant
                                            GENUINE PARTS COMPANY
10

11          PURSUANT TO STIPULATION, IT IS SO ORDERED.  This case is REMANDED to

12  the Superior Court of California, County of San Francisco, Case. No. CGC-15-276460.  The

13  Clerk shall send a certified copy of this Order to the Clerk of the Court for the Superior Court of

14  California, County of San Francisco.

15

16  Dated: 7/8/2016
                                            HON.
17                                          UNITED STATES DISTRICT COURT

18

19

20

21

22

23

24

25

26

27

28

K:\Injured\122087\APPELLATE\Stip-Remand.wpd                    3
STIPULATION TO DISMISS DEFENDANT CRANE CO.. AND REMAND CASE TO CALIFORNIA
SUPERIOR COURT

1    *James Stuart and Rae Stuart v. Honeywell International, Inc., et al.*
     United States District Court, NDCA Case No. 4:16-cv-03285-HSG

2

3                          CERTIFICATE OF SERVICE

4         I hereby certify that I electronically filed the following with the Clerk of the Court for
     the United States District Court by using the CM/ECF system on July 6, 2016:

5

6         STIPULATION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT

7         Participants in the case who are registered CM/ECF users will be served by the CM/ECF
     system.

8

9         I further certify that some of the participants in the case are not registered CM/ECF
     users.  I have mailed the foregoing document by First-Class Mail, postage paid, to the
     following:

10

11   SEE ATTACHED SERVICE LIST

12        Dated this 6th day of July 2016.

13

14

15

16                                                    Hayley L. Davidowski

17

18

19

20

21

22

23

24

25

26

27

28

BRAYTON◆PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1

CERTIFICATE OF SERVICE

Date Created: 7/6/2016 11:28:24 AM        Run By: Jakubowski, Hayley (HLD)
Created by: LitSupport - ServiceList - Reporting
Matter Number: 122087.003 - James Stuart

**Bassi Edlin Huie & Blum LLP - San Francisco**
500 Washington Street, Suite 700
San Francisco, CA 94111
415-397-9006   415-397-1339 (fax)
Defendants:
  Hopeman Brothers, Inc. (HOPE)
  Parker-Hannifin Corporation (PARKHF)

**Becherer Kannett & Schweitzer**
Water Tower
1255 Powell Street
Emeryville, CA 94608-2604
510-658-3600   510-658-1151 (fax)
Defendants:
  ~~Johnson Controls, Inc. (JOHCON)~~
  York International Corporation (YORKIN)

**Buty & Curliano LLP**
516 16th Street
Oakland, CA 94612
510-267-3000   510-267-0117 (fax)
Defendants:
  Cooper Industries, LLC ( fka Cooper Industries, Inc.) (COOPIN)

**Dentons US LLP - San Francisco**
One Market Plaza
Spear Tower, 24th Floor
San Francisco, CA 94105
415-267-4000   415-267-4198 (fax)
Defendants:
  J.T. Thorpe & Son, Inc. (THORPE)
  Velan Valve Corp. (VELVAL)

**Foley & Mansfield PLLP - Oakland, CA**
300 Lakeside Drive, Suite 1900
Oakland, CA 94612
510-590-9500   510-590-9595 (fax)
Defendants:
  Cleaver-Brooks, Inc. (CLEAVR)
  William Powell Company, The (WILPOW)

**Gordon & Rees, LLP - Oakland**
1111 Broadway, Suite 1700
Oakland, CA 94607
510-463-8600   510-984-1721 (fax)
Defendants:
  The Goodyear Tire & Rubber Company (GOODYR)

**Hawkins, Parnell, Thackston & Young, LLP**
345 California Street # 2850
San Francisco, CA 94104-2606
415-766-3200   415-766-3250 (fax)
Defendants:
  John Crane Inc. (CRANE)

**K&L Gates LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
415-882-8200   415-882-8220 (fax)
Defendants:
  Crane Pumps & Systems, Inc. (CRAP&S)

**Law Offices of Glaspy & Glaspy, Inc.**
One Walnut Creek Center
100 Pringle Avenue, Suite 750
Walnut Creek, CA 94596
925-947-1300   925-947-1594 (fax)
Defendants:
  ~~Goodrich Corporation (BFGOOD)~~

**Leader & Berkon LLP**
660 South Figueroa Street, Suite 1150
Los Angeles, CA 90017
213-234-1750   213-234-1747 (fax)
Defendants:
  IMO Industries, Inc. (IMOIND)

**Low Ball & Lynch - SF Office**
505 Montgomery Street, 7th Floor
San Francisco, CA 94111-2584
415-981-6630   415-399-1506 (fax)
Defendants:
  Armstrong International, Inc. (ARMINT)

**Morgan, Lewis & Bockius LLP**
One Market, Spear Tower
San Francisco, CA 94105
415-442-1000   415-442-1001 (fax)
Defendants:
  ITT Corporation ( fka ITT Industries, Inc.) (ITTIND)
  Mueller Co. LLC (MUELER)

**~~Pond North, LLP - Los Angeles, CA~~**
350 South Grand Avenue # 3300
Los Angeles, CA 90071
213-617-6170   213-623-3594 (fax)
Defendants:
  ~~FMC Corporation (FMC)~~
  ~~Genuine Parts Company (GPC)~~

**~~Prindle, Goetz, Barnes & Reinholtz LLP~~**
310 Golden Shore, Fourth Floor
Long Beach, CA 90802
562-436-3946   562-495-0564 (fax)
Defendants:
  Ingersoll-Rand Company (INGRSL)
  Trane U.S. Inc. (fka American Standard Inc.) (AMSTAN)

**~~Riley Safer Holmes & Cancila LLP~~**
111 New Montgomery Street, Suite 600
San Francisco, CA 94105
415-275-8550   415-275-8551 (fax)
Defendants:
  Owens-Illinois, Inc. (OI)

**Selman Breitman, LLP - San Francisco Office**
33 New Montgomery, 6th Floor
San Francisco, CA 94105
415-979-0400   415-979-2099 (fax)
Defendants:
  ABB Inc. which will do business in Ca. as ABB DE Inc. (ABBINC)
  Aurora Pump Company (AURORA)

**Steptoe & Johnson LLP - Los Angeles**
633 West Fifth Street, Suite 700
Los Angeles, CA 90071
213-439-9400   213-439-9599 (fax)
Defendants:
  Metropolitan Life Insurance Company (MET)

**~~Tucker Ellis LLP - San Francisco, CA~~**
One Market Plaza
Steuart Tower, Suite 700
San Francisco, CA 94105
415-617-2400   415-617-2409 (fax)
Defendants:
  Carrier Corporation (CARRCP)

**WFBM, LLP**
601 Montgomery Street, 9th Floor
San Francisco, CA 94111-2612
415-781-7072   415-391-6258 (fax)
Defendants:
  ~~CBS Corporation (fka Viacom Inc., fka Westinghouse Electric Corporation) (VIACOM)~~
  D.C. Fabricators Inc. (DCFABR)
  Thomas Dee Engineering Company (DEE)